1

2

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2024

SEAN F. McAVOY, CLERK

4    UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5

6   DAWN Z.,[1]

7                                    Plaintiff,

8          v.

9   MARTIN O'MALLEY, Commissioner of
Social Security,[2]

10

11                                    Defendant.

No.    2:23-cv-00229-EFS

**ORDER GRANTING THE PARTIES'
STIPULATED MOTION FOR
REMAND PURSUANT TO
SENTENCE FOUR OF 42 U.S.C.
§ 405(g)**

12        The parties agree that the matter should be reversed and remanded to the

13   Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g)

14   for further administrative proceedings.

15        Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

16

17

18   [1] For privacy reasons, the Court refers to every social security plaintiff by first

19   name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

20   [2] Martin O'Malley became the Commissioner of Social Security on December 20,

21   2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and section

22   205(g) of the Social Security Act, 42 U.S.C. § 405(g), he is hereby substituted for

23   Kilolo Kijakazi as the defendant.

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1.    The parties' Stipulated Motion for Remand, **ECF No. 15**, is

**GRANTED.**

- This matter is **REVERSED** and **REMANDED** to the

  Commissioner of Social Security for further administrative

  proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On

  remand, the Appeals Council is to instruct the ALJ to offer

  Plaintiff a new hearing; take all steps necessary to complete the

  sequential evaluation, including, if necessary, obtaining

  additional vocational expert testimony; and issue a new decision.

2.    The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF**

**No. 10**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

and provide copies to all counsel.

**DATED** this _31st  day of January 2024.

_Edward F. Shea_
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2